

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE __ Division

### CIVIL RIGHTS COMPLAINT FORM

ANGEL SANTIAGO

CASE NUMBER: 3:13-CV-177-J-99MMH - TEM
(To be supplied by Clerk's Office)

JURY TRIAL DEMANDED

(Enter full name of each Plaintiff and
prison number, if applicable)

v.

SGT. M. HALL

C/O B. BOWE

C/O L. JACKSON

ALL DEFENDANTS IS BEING
SUED IN THEIR INDIVIDUAL
CAPACITIES.

(Enter full name of each Defendant.
If additional space is required, use the
blank area directly to the right).

_____/

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.   PLACE OF PRESENT CONFINEMENT: FLORIDA STATE PRISON, 7819 N.W.
228th ST. RAIFORD, FL 32026
(Indicate the name and location)

II.  EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is
required prior to pursuing a civil rights action regarding conditions or events in any prison, jail,
or detention center.  42 U.S.C. § 1997e(a).  Plaintiff is warned that any claims for which the
administrative grievance process was not completed prior to filing this lawsuit may be subject
to dismissal.

III.  PREVIOUS LAWSUITS:

DC 225 (Rev 2/2012)

A.    Have you initiated other lawsuits in state court dealing with the same or similar facts involved
       in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )
       No (✓)

B.    Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts
       involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes
       (✓)   No ( )

C.    If your answer to either A or B is YES, describe each lawsuit in the space provided below. If
       there is more than one lawsuit, describe all additional lawsuits on a *separate piece of paper*,
       using the same format as below.

       1.    Parties to previous lawsuit:

             Plaintiff(s):   ANGEL SANTIAGO

             Defendant(s):   FLORIDA STATE PRISON

       2.    Court (if federal court, name the district; if state court, name the county):

             MIDDLE DISTRICT OF FLORIDA

       3.    Docket Number:   3:12-CV-977-J-32TEM

       4.    Name of judge:   TIMOTHY J. CORRICAN

       5.    Briefly describe the facts and basis of the lawsuit:   PLAINTIFF WAS ASSAULTED
             BY OFFICERS. AND WAS SEEKING HELP FROM THE COURT BY
             ISSUING A PRELIMINARY INJUNCTION OR (TRO)

       6.    Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
             DISMISSED WITHOUT PREJUDICE

       7.    Approximate filing date:   CAN NOT REMEMBER BUT IN THE END OF AUGUST 2012

       8.    Approximate disposition date:   SEPTEMBER 2012

D.    Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed
       as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

CONTINUED OF PAGE. 2

(1). PARTIES TO PREVIOUS LAWSUITS:
PLAINTIFF(S): ANGEL SANTIAGO
DEFENDANT(S): RONALD SHAW, JONATHAN JUSINO, J. GROODY, CLAUDE ATTAWAY, MELVIN
DEES; ANDRE PRYOR, KYRUS BROWN

(2). COURT (IF FEDERAL COURT, NAME THE DISTRICT; IF STATE COURT, NAME THE COUNTY):
MIDDLE DISTRICT OF FLORIDA

(3). DOCKET NUMBER: 6:12-CV-429-ORL-31DAB

(4). NAME OF JUDGE: DAVID A. BAKER

(5). BRIEFLY DESCRIBE THE FACTS AND BASIS OF THE LAWSUIT: PLAINTIFF WAS
ASSAULTED BY MULTIPLE OFFICERS WHILE HOUSED AT JOHN E. POLK CORR. FACILITY, THEREBY
VIOLATING PLAINTIFFS 8th & 14th AMENDMENT RIGHTS, PLAINTIFF SOUGHT COMPENSATORY & PUNITIVE
DAMAGES.

(6). DISPOSITION (WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)
PLAINTIFF HAD THE CASE VOLUNTARILY DISMISSED WITHOUT PREJUDICE.

(7). APPROXIMATE FILING DATE: MARCH 19, 2012

(8). APPROXIMATE DISPOSITION DATE: APRIL 18, 2012

(1). PARTIES TO PREVIOUS LAWSUITS:
PLAINTIFF(S): ANGEL SANTIAGO
DEFENDANT(S): RONALD SHAW, JONATHAN JUSINO, J. GROODY, CLAUDE ATTAWAY,
MELVIN DEES; ANDRE PRYOR, KYRUS BROWN

(2). COURT (IF FEDERAL COURT, NAME THE DISTRICT; IF STATE COURT, NAME THE COUNTY):
MIDDLE DISTRICT OF FLORIDA

(3). DOCKET NUMBER: 6:12-CV-1871-ORL-18KRS

(4). NAME OF JUDGE: KARLA R. Spaulding

(5). BRIEFLY DESCRIBE THE FACTS AND BASIS OF THE LAWSUIT:
PLAINTIFF WAS ASSAULTED BY MULTIPLE OFFICERS IN VIOLATION OF HIS 8th & 14th
AMENDMENT RIGHTS, PLAINTIFF SOUGHT COMPENSATORY & PUNITIVE DAMAGES.

(6). DISPOSITION (WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)
PENDING

(7). APPROXIMATE FILING DATE: 12-26-2012

(8). APPROXIMATE DISPOSITION DATE:

identify these suits below by providing the case number, the style, and the disposition of each case: 3:12-CV-977-J-32TEM, To SEND AN INVESTIGATOR TO FSP | PRELIMINARY INJUNCTION OR TRO, CASE DISMISSED WITHOUT PREJUDICE

IV.   PARTIES:  In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.   Name of Plaintiff: ANGEL SANTIAGO

Mailing address: FLORIDA STATE PRISON, 7819 N.W. 228th ST BATFORD, FL 32026

B.   Additional Plaintiffs: 

In part C of this section, indicate the **full name** of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed.  For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.   Defendant: M. HALL

Mailing Address: 7819 N.W. 228th ST. BATFORD, FL 32026

Position: SERGEANT

Employed at: FLORIDA STATE PRISON

D.   Defendant: B. ROWE

Mailing Address: 7819 N.W. 228th ST. BATFORD, FL 32026

DC 225 (Rev 2/2012)

(4)

Position: CORRECTIONAL OFFICER

Employed at: FLORIDA STATE PRISON

E.   Defendant: L. JACKSON

Mailing Address: 7819 N.W. 228th ST. RAIFORD, FL 32026


Position: CORRECTIONAL OFFICER

Employed at: FLORIDA STATE PRISON

F.   Defendant: _____

Mailing Address: _____


Position: _____

Employed at: _____

G.   Defendant: _____

Mailing Address: _____


Position: _____

Employed at: _____

DC 225 (Rev 2/2012)

V.  **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

(1). PLAINTIFF DECLARE THAT THE UNJUSTIFIED EXCESSIVE USE OF FORCE AND ASSAULT AND BATTERY UPON PLAINTIFF WAS DONE IN A RETALIATORY ATTACK AS STATED IN THIS COMPLAINT IS A VIOLATION OF HIS UNITED STATES CONSTITUTIONAL RIGHTS UNDER THE EIGHTH AMENDMENT PROHI- BITION AGAINST CRUEL AND UNUSUAL PUNISHMENT, THE FOURTEENTH AMENDMENT OF DUE PROCESS CLAUSE, AND THE FIRST AMENDMENT AGAINST

VI.  **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

(5). ON THE MORNING OF AUGUST 23, 2012 AROUND 11:30AM — 12:00PM WHILE HOUSED IN CELL Q-2202, I DECLARED A PSYCHOLOGICAL EMERGENCY TO SGT. JOHNSON WHO WAS THE WING SERGEANT. (6). UPON BEING PULLED OUT MY CELL TO BE ESCORTED TO THE MEDICIAL CLINIC C/O ROWE AND TWO UNKNOWN CORREC- TIONAL OFFICERS WERE THE ESCORTING OFFICERS WHO ESCORTED PLAINTIFF OFF THE WING. WHEN I PASSED CORRIDOR (E) FIRST GATE, SGT. M. HALL CAME TO ASSIST C/O —



## STATEMENT OF CLAIM, CONTINUED.

(2). DEFENDANT M. HALL IS A SERGEANT AT FLORIDA STATE PRISON. DEFENDANTS, B. ROWE, AND L. JACKSON ARE CORRECTIONAL OFFICERS AT FLORIDA STATE PRISON, ALL IS BEING SUED IN THEIR INDIVIDUAL CAPACITY FOR USING UNJUSTIFIED EXCESSIVE FORCE AND ASSAULTING PLAINTIFF IN A RETALIATORY ATTACK FOR HIS PAST CONDUCT WITH AN OFFICER WITH KNOWING INTENT MALICIOUSLY AND SADISTICALLY FOR THE VERY PURPOSE OF CAUSING HARM AND NOT IN A GOOD FAITH EFFORT TO RESTORE ORDER OR MAINTAIN DISCIPLINE OR FOR ANY LEGITIMATE PENOLOGICAL REASON AS ALLEGED IN THIS COMPLAINT WHICH IS A VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS UNDER THE EIGHTH AND FOURTEENTH AMENDMENT AND THE FIRST AMENDMENT.

(3). THE PLAINTIFF HAS NO PLAIN ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS DESCRIBED IN THIS COMPLAINT. PLAINTIFF HAS AND WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUCT OF ALL DEFENDANTS HEREIN.

(4). ALL DEFENDANTS HAVE ACTED UNDER THE COLOR OF STATE LAW AT ALL TIMES RELEVANT TO THIS COMPLAINT.

B. ROWE IN ESCORTING PLAINTIFF TO MEDICAL AND INFORMED THE OTHER OFFICERS THAT HE HAD ME. WHEN SGT. M. HALL SEEN WHO I WAS HE INFORMED THE OTHER OFFICERS THAT I WAS THE "FUCK BOY" WHO STABBED (C/O. EASTERNWOOD) THEN ASKED ME IF I THOUGHT I WAS GOING TO GET AWAY WITH IT, THEN STARTED CALLING ME NAMES AND SAYING THAT HE WAS GOING TO BEAT MY ASS FOR WHAT I DID TO C/O EASTERNWOOD.

(7). C/O ROWE THEN ASKED ME HAVE HE EVER LIED TO ME?" I SAID NO". HE THEN INFORMED ME THAT WHENEVER HE GOT THE CHANCE HE WAS GOING TO *Put His Hands on me.* ~~████~~ THE WHOLE TIME WHILE I WAS BEING ESCORTED TO MEDICAL, SGT. HALL AND C/O ROWE WAS MAKING ALL KINDS OF THREATS TOWARDS ME.

(8). WHILE WAITING TO SEE DR. LIM IN THE CLINIC, SGT. HALL TOLD ME TO SPIT IN HIS FACE, SO ~~THAT~~ HE COULD KNOCK OUT ALL MY TEETHS.

(9). AT THIS TIME C/O L. JACKSON SAT IN FRONT OF ME AND ASKED ME IF IT WAS TRUE THAT I STABBED AN OFFICER. I IGNORED C/O JACKSON WHO THEN GRABBED MY LEFT ARM AND ASKED ME AGAIN TO WHICH I REFUSED TO ANSWER HIM.

(10). DR. LIM THEN APPROACHED HER OFFICE WITH MR. BAILEY, I THEN WALKED IN AND INFORMED THEM BOTH THAT THE OFFICER'S

VII.   RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

## STATEMENT OF FACTS, CONTINUED

WHO WERE ESCORTING ME WAS THREATING TO JUMP ON ME WHEN I WENT TO B-WING. I FURTHER INFORMED DR. LIM THAT I DIDN'T WANT TO BE HOUSED ON B-WING. BECAUSE I WAS IN FEAR OF MY LIFE ON B-WING. DR. LIM ADVISED ME, I WAS GOING TO BE ALRIGHT THAT THE C/O'S WEREN'T GOING TO JUMP ON ME. I THEN TOLD HER TO LOOK AT MY FACE WHICH DIDN'T HAVE ANY MARKS OR BRUISES. C/O. JACKSON AND SGT. HALL THEN GRABBED MY ARMS AND ESCORTED ME TO B-WING TO BE PLACED IN THE SHOS CELL.

(11). UPON ENTERING B-WING WITH SGT. HALL, C/O. ROWE AND C/O. JACKSON, I WAS ESCORTED TO THE 2-FLOOR B-WING SHOWER. BEFORE ENTERING THE SHOWER I OBSERVED INMATE ANTONIO RUCKMAN STANDING AT HIS CELL DOOR LOOKING AT ME. HE THEN SHOOK HIS HEAD TRYING TO TELL ME WHAT WAS UP. I SHOOK MY HEAD BACK AT HIM, THEN ENTERED THE SHOWER WHERE I WAS PLACED IN THE LAST SHOWER STALL.

(12). SGT. HALL THEN ENTERED THE SHOWER STALL WITH ME WHILE C/O ROWE AND JACKSON STOOD BACK. SGT. HALL THEN TOLD ME TO TURNAROUND SO THAT HE COULD TAKE OFF THE RESTRAINTS... TO WHICH HE DID EXCEPT FOR THE HANDCUFFS.

(13). SGT. HALL THEN TURNED ME TOWARDS HIM AND PUSHED ME AGAINST THE SHOWER WALL AND GRABBED MY THROAT. THEN STARTED POKING HIS FINGER IN MY FACE AND TOLD ME HE WANTED TO KNOCK OUT MY TEETH. HE THEN STARTED TO PUNCH ME IN THE FACE AND EYES. C/O ROWE THEN STEPPED INTO

## STATEMENT OF FACTS, CONTINUED.

THE SHOWER AND PUNCHED ME IN THE FACE AND THE LEFT EYE, C/O. JACKSON THEN PUNCHED ME IN THE FACE AND EYE AREA.

(14), AFTER THIS ASSAULT UPON ME SGT. HALL TOLD ME HE WERE GOING TO KILL ME! C/O. ROWE THEN TOLD ME HE WERE GOING TO TAKE THE HANDCUFFS OFF ME SO THAT WE COULD FIGHT. I THEN TOLD HIM NO I WAS STRAIGHT. C/O ROWE THEN PUNCHED ME IN MY HEAD.

(15), AT THIS TIME SGT. HALL STARTED PUNCHING ME IN THE LEFT RIBS AND ABOUT MY BODY.

(16), AFTER THIS ASSAULT UPON ME, I WAS PLACED IN A SHOS SHROUD AND ADVISED THE OFFICERS I WAS GOING TO REPORT THEM. I WAS THEN ESCORTED OUT THE SHOWER TO CELL B-1202. I/M BUCKMAN WAS STILL STANDING AT HIS CELL DOOR B-1201 AND SAW THE BRUISES IN MY FACE. I THEN WALKED INTO THE CELL. AND THE WING SGT. OF B-WING INFORMED ME THE REASON I WAS JUMPED ON WAS BECAUSE I STA-BBED C/O. EASTERWOOD AND THAT C/O EASTERWOOD HAS PEO-PLE THAT GOT HIS BACK.

(17), AFTER I WAS PLACED IN THE CELL INMATE BUCKMAN ASKED ME DID THEY JUMPED ON ME IN THE SHOWER WHICH HE ALREADY KNEW. I TOLD HIM YES ANYWAY. I/M BUCKMAN TOLD ME HE WERE GOING TO REPORT IT AND THAT HE WAS MY WITNESS.

(18), AT THIS TIME WHY I WAS TALKING TO INMATE BUCKMAN C/O. ROWE WAS STANDING AT MY CELL DOOR



## STATEMENT OF FACTS, CONTINUED.

AND ~~XXXX~~ OBSERVED THE CONVERSATION WE WERE HAVING. THEN STARTED TELLING ME TO STOP BANGING MY HEAD AGAINST THE WALL WHICH I WASN'T DOING.

(19), A MINUTE LATER C/O-K.GRANDY APPROACHED MY CELL DOOR AND STARTED TELLING ME TO STOP BANGING MY HEAD AGAINST WALL WHICH I WAS NOT DOING. I INFORMED THIS OFFICER THAT I WANTED TO SEE A NURSE. BECAUSE I WAS ASSAULTED.

(20), ABOUT 2 MINUTES LATER Lt. GRIFFIS APPROACHED MY CELL AND ASKED ME WAS GOING ON. I INFORMED HIM THAT I NEEDED TO SEE A NURSE. HE THEN STARTED TELLING ME TO STOP BANGING MY HEAD INTO WALL.

(21), ABOUT 3 MINUTES LATER NURSE D. FINLEY APPROACHED MY CELL AND ASKED ME WHAT WAS GOING ON I INFORMED HER THAT I WAS JUMPED ON BY THREE OFFICER'S, AND THAT I NEVER BANGED MY HEAD INTO THE WALL AS THEY WERE ALLEGING.

(22). I WAS THEN ~~XXXX~~ TAKEN OUT MY CELL AND ESCORTED TO MEDICAL AND EVALUATED BY NURSE FINLEY WHO DID NOT NOTE ALL MY INJURIES, AND FALSIFIED MEDICAL DOCUMENTS STATING THAT WHEN I SAW MEDICAL STAFF STANDING AT MY CELL DOOR, I STOPPED BANGING MY HEAD AGAINST THE WALL AND DECLARED STAFF ABUSE.

(23), FURTHERMORE, AT NO TIME WAS I BANGING MY HEAD INTO THE CELL WALL, NOR DOES MY INJURIES SUBSTANTIATE THE FASLEY ALLEGATION AGAINST ME, AND THAT SUCH

<u>STATEMENT OF FACTS, CONTINUED</u>

ALLEGATION WERE MADE AGAINST MY PERSONS IN ORDER TO COVER UP THE STAFF ABUSE AND THE RETALIATORY ATTACK THAT WAS BROUGHT UPON ME BY THE SAID OFFICER'S.

(24). IT SHOULD ALSO BE NOTED THAT WHILE SGT. HALL WAS ASSAULTING ME C/O. BOWE AND C/O. JACKSON FAILED TO SAY OR INTERVENE ON THE ASSAULT UPON ME BY SGT.HALL WHEN THEY KNEW I WAS GOING TO BE ASSAULTED AND THEY HAD THE AUTHORITY TO CONTROL SGT. HALL ACTIONS OR TO REPORT HIM BUT FAILED TO DO SO.

(25). THE INJURIES PLAINTIFF SUFFERED FROM THE ASSAULT UPON HIM WERE: (1). A LEFT SWOLLEN EYE ABOVE & BELOW WITH VISIBLE BLOOD SPOTS, AND CONTINUING BLURRED VISION, (2). A SWOLLEN RIGHT EYE, (3). ABRASIONS TO THE RIGHT SIDE OF THE FACE, (4). AN ABRASION TO THE LEFT LIP, (5). ABRASIONS ON BOTH ARMS, (6). AN ABRASION TO THE BACK OF THE HEAD, (7). PAIN TO THE RIBS, CHEST AND BACK, (8). PERMANENT EYE DAMAGE WHERE I HAVE TO WEAR GLASSES NOW FOR THE REST OF MY LIFE.

(26). PLAINTIFF'S MEDICAL RECORDS SUPPORTS HIS COMPLAINT AND OTHER WITNESSES THAT UNJUSTIFIED FORCE WAS USED UPON ME IN A RETALIATORY MANNER THAT CAUSED MY INJURIES, AND A FALSE MEDICAL REPORT CONDUCTED BY NURSE FINLEY IN VIOLATION OF MY UNITED STATES CONSTITUTIONAL RIGHTS.

(27). THE PLAINTIFF HAS EXHAUSTED HIS ADMINISTRATIVE REMEDIES WITH RESPECT TO ALL CLAIMS AND ALL DEFENDANTS.

# VII. RELIEF REQUESTED.

(A). ISSUE A DECLARATORY JUDGMENT STATING THAT:

(1). THE UNJUSTIFIED PHYSICAL ABUSE UPON PLAINTIFF BY DEFENDANTS, HALL, ROWE, AND JACKSON VIOLATED PLAINTIFFS RIGHTS UNDER THE EIGHTH AND FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION AND CONSTITUTED AN ASSAULT AND BATTERY UNDER STATE LAW.

(2). THE UNJUSTIFIED PHYSICAL ABUSE UPON PLAINTIFF BY DEFENDANTS HALL, ROWE, AND JACKSON WERE COMMITTED IN A RETALIATORY ATTACK AGAINST PLAINTIFF FOR HIS PAST ASSAULT UPON OFFICER EASTERWOOD AND VIOLATED PLAINTIFFS RIGHTS UNDER THE EIGHTH AND FIRST AMENDMENT TO THE UNITED STATES CONSTITUTION AND CONSTITUTES AN ASSAULT AND BATTERY UNER STATE LAW.

(3). THAT THE DEFENDANTS ACTED UNDER THE COLOR OF STATE LAW AND THAT THEY USED THEIR INDIVIDUAL CAPACITIES TO VIOLATE PLAINTIFFS CONSTITUTIONAL RIGHTS.

(B). ISSUE AN INJUNCTION ORDERING DEFENDANTS, HALL, ROWE & JACKSON OR THEIR AGENTS TO:

(1). REFRAIN FROM USING ANY TYPE OF FORCE UPON PLAINTIFF.

(2). TO STAY AWAY FROM PLAINTIFF AS LONG AS HE'S HOUSED AT FLORIDA STATE PRISON.

(C). AWARD COMPENSATORY DAMAGES IN THE FOLLOWING AMOUNT:
(1). $100,000 DOLLARS (ONE-HUNDRED-THOUSAND DOLLARS) JOINTLY AND SEVERALLY AGAINST DEFENDANTS, HALL, ROWE, AND JACKSON FOR THE PHYSICAL AND EMOTIONAL INJURIES SUSTAINED AS A RESULT OF THE BEATING, OF PLAINTIFF

(D). AWARD PUNITIVE DAMAGES IN THE FOLLOWING AMOUNTS:

(1). $ 40,000 EACH AGAINST DEFENDANTS, HALL, ROWE AND JACKSON.

(E). A TRIAL BY JURY ON ALL ISSUES TRIABLE BY JURY.

(F). PLAINTIFFS COST IN THIS SUIT.

(G). SUCH OTHER AND FURTHER RELIEF AS THIS COURT MAY DEEM JUST PROPER AND EQUITABLE.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this __2__ day of __14__ , 20__13__ .

_Angel Santiago 167421_

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the __2__ day of __14__ , 20__13__

DC 225 (Rev 2/2012)



(14)

PLAINTIFF EXAUSLION OF ADMINISTRATIVE REMEDIES WHERE HE FILE EMERGENCY GRIEVANCE TO THE INSTITUTIONAL LEVEL AND CENTRAL OFFICE. "D.O.C."

1) INSTITUTIONAL GRIEVANCE LOG # 1208-205-471 FILED ON 8-28-12. = DENIED ON 8-31-12. (SEE AttACHMENTS.)

2) EMERGENCY FORMAL GRIEVANCE TO CENTRAL OFFICE ("D.O.C.") FILED ON (827-12) RECEIVED TO CENTRAL OFFICE ON 9-4-12. DENIED ON (9-6-12) ( SEE AttAchments..)

3) "GRIEVANCE APPEAL." LOG # 12-6-31022. FILED ON (9-19-12) DENIED ON (9-28-12) BY THE CENTRAL OFFICE "D.O.C."

DC.# 187421
ANGEL SANTIAGO
FLORIDA STATE PRISON
7819 - N.W. 228 St.
RAIFORD, FL. 32026.

## PART B - RESPONSE

| SANTIAGOGONZALEZ, ANGEL | 167421 | 1208-205-471 | FLORIDA STATE PRISON | Q2202S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

This issue was previously reported to the office of the Inspector General for appropriate review and disposition. If the allegations are substantiated, appropriate action will be administered by the Office of the Inspector General.

As this issue was previously reported, your grievance is denied.

You have fifteen days to appeal this decision to:

Florida Department of Corrections
Bureau of Inmate Grievance Appeals
501 South Calhoun Street
Tallahassee, FL  32399-2500

K. Adams

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

AUG 3 1 2012

FSP GRIEVANCE OFFICE

(Emergency)

(N-WING #2202)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☑ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From: SANTIAGO, ANGEL R.    167421    F.S.P.
　　　Last　First　Middle Initial　　　Number　　　Institution

---

**Part A – Inmate Grievance**

Mr. Warden last thursday I got Jumped By (Sgt. HALL) and (C/O Rowe) & (C/O Jackson in B Wing when I went to the Psy cell S.O.S. they Jumped me inside of the second Shower I got a BlackOut eye with Blood and Bruises in my other eye and my Face. I had Been Asking to See the Inspector so he can Take my Statement & Pictures of All my Injuries!! But, NO Body ~~was~~ From the Inspec-tors, office came to See me yet. they suposed to See me & take Pictures and Interview me, But I don't know why the Inspector came yet. As you may know my Friend called you & complained about the threats I have Been getting By the C/O's here in this Prison!!

I Really need to See the Inspector so they can take Pictures & talk to me! I'm willing to take a Polygraph Test From the Inspector general. So you will See that I'm telling you the true 100% Please mr. warden I Need you to Send the Inspector to talk to me! my Life is in Danger here! Please Help me! thank you!

8-27-12
DATE

SEE ATTACH~~ED~~

Angel Stgo #167421
SIGNATURE OF GRIEVANT AND D.C. #

---

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**
12 208-471

# 0, Angel Stgo
Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-10 Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 8/28/12
(Date)

Institutional Mailing Log #: _____

K. adams
(Received By)

DISTRIBUTION:　INSTITUTION/FACILITY　　CENTRAL OFFICE
　　　　　　　　INMATE (2 Copies)　　　　INMATE
　　　　　　　　INMATE'S FILE　　　　　　INMATE'S FILE - INSTITUTION/FACILITY
　　　　　　　　INSTITUTIONAL GRIEVANCE FILE　CENTRAL OFFICE INMATE FILE
　　　　　　　　　　　　　　　　　　　　CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 2/05)　　　Incorporated by Reference in Rule 33-103.019, F.A.C.

MAILED/FILED
CLERK

SEP 0 6 2012

Department of Corrections
Bureau of Inmate Grievance Appeals

## PART B - RESPONSE

| SANTIAGOGONZALEZ, ANGEL | 167421 | 12-6-28066 | FLORIDA STATE PRISON | Q2202S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your appeal has been reviewed and evaluated.  The subject of your grievance is currently being reviewed by the investigative section of the Office of the Inspector General.  A copy of your complaint will be forwarded to that section to be included as a part of the current review. Upon completion of this review, information will be provided to appropriate administrators for final determination and handling.

As this process was initiated prior to the receipt of your grievance, your request for action by this office is denied.

T. Bowden

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

*Insert* [handwritten annotations in margin]

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

*Emergency* [highlighted]

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES
SEP 0 4 2012

TO: ☐ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From: **Santiago, Angel R**   **167421**   **F.S.P. Q-Wing #2202**
Last   First   Middle Initial   Number   Institution

126-280606

---

Part A – Inmate Grievance

Secretary of Doc.

Mr.: this is a Real Emergency
I Got jumped By (3) c/o's Right Here F.S.P. I
Called Psy Emergency Last thursday-23.) Before the
Lunch came And (c/o Rowe) came to Pick me up to
Scolt me to medical to see the Doctor. When I got
out of this wing... It was (c/o Rowe) a Female c/o...
And Another c/o that I Don't Remember who was.. But
it was a white male. So, out there in the Big hallway.
(Sgt. HALL) come and told (c/o Rowe) that He got a
call (From somebody) to scolt me to medical! So,
when He saw me He told to the other c/o's that
I was the "Fuck Boy" who stabbed (c/o Earsternwood!!)
And He (Sgt. Hall) told me IF I thought that I
were going to get away without Pay For what I DID
to (c/o Easternwood.) He told me that He were to
Beat the shit out of me! then, (c/o Rowe) told
me that He Never Lied to me... And that. He
(c/o Rowe) were going to Put the Hands on me!
that He love that old man (c/o Earsternwood) and
I should Pick an DICK head! But, I stabbed (c/o
Earsternwood) and he will Put His Hands on me!
the other (2) c/o's DIDN't said anything! they (c/o
Rowe) and (Sgt. HALL) were threating me All
the way: till medical. When we got medical
they (c/o Rowe) and (Sgt. HALL) starting calling →

8-27-12
DATE

Angel Stgo 167421
SIGNATURE OF GRIEVANT AND D.C. #

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:   Ø   Angel Stgo
#   Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

N/A

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____   Institutional Mailing Log #: _____   _____
(Date)   (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 2/05)   Incorporated by Reference in Rule 33-103.019, F.A.C.

M.S.P.

Secretary
D.O.C.

(Emergency grievance)

(Part. B.)

(8-27-12)

From: Angel Santiago #167421

Continue:

Names-&. making jokes about my Persona-&. looks. They Sexually Harrasment me calling me dick sucker, Bitch, Fuck Boy and (Sgt. Hall) told me that He wanted me to spit on His Face so He can knock all my teeth out. then, the other white c/o. leave and (c/o Jackson) came-&. (Sgt. Hall) told Him that I was the "Fuck Boy" who stabbed (c/o Easternwood.) and c/o Jackson tryed to talk to me, But, I didn't said anything. He grabbed my arm and Asked me "why I did it." and I didn't said anything to Him. then I spoke to (ms. Linn.) the Psy Doctor and I told Her that the c/o's Threatened me and that they were to jumped me in Retaliation for what I did to the Officer at (D-wing.) and that I don't wanted to go to (B. wing) Because they were going to jump me!. & that I needed she write it down..... (She didn't Reported the threats.) So, After seen Her, they grabbed my arms (c/o Jackson) the Tall Black man - &. (Sgt. Hall.) so, we walked to (B. wing) inside there, they told me to go To the shower for a strip search. When I walked to go to the shower, I see inmate (Antonio Buckman) who were on S.O.S. He saw me that I had no marks in my Face Before I went →

P.S. in U.C.H. they will "murder me!" H got Problems there too.

Secretary
D.O.C.

(Emergency Grievance) F.S.P.
(Part. C.)

(8-27-12)

From: Angel Santiago #167421

Continue:

➤

INside the Shower. So, when I got inside, they put me on the last shower (the second one.) and (Sgt. Hall) told me to turn arround to take the shakles off. Then He took the Belly-chain & the Black Box. then when I turned arround. He put me Against the wall and took my joke in His hands And told me that he want to Knock out my tooth. He was poking my Face At the same time & then, He started to punching my Face & my Eyes, then, (c/o Rowe) Punched me in my Face & then (c/o Jackson) DID the same thing punched me in my Eye. (Sgt. Hall) Told me that He were going to kill me! then, c/o Rowe punched me again and then, He was trying to give the Bellychain, and shakles & Black Box to c/o Jackson and told me that He were going to take off my HandcuFF so I can Had a shot to Fight. I told No, No. I wanted no problems, and that they got it. they got it. then (Sgt. Hall) steped inside of the shower and started to punching me on my Ribbs. I Fell to the Floor. Then, (c/o Rowe) told me to Hurry up and give Him my Blues. So, when He took my cuffs off. (Sgt. Hall) told me that: ("now we are straight.") I told Him (that we weren't straight. that I were going to Report this to EveryBody! and that I were look at the camera as soon I get out of the shower. He (Sgt. Hall) told (c/o Rowe) - & - (c/o Jackson) that IF I look at the camera they were going to use the Force! So, when I came out, Inmate Antonio ➜

Sec.y
(1) D.O.C.    (Part #D.)    F.S.P.

8-27-12

From: Angel Santiago #167421

Continues:

Buckman who were on cell #1. at ___ B. wing in the second
Floor. He saw me that I came out with marks on my face.
when the c/o's put me on cell #2. on the second floor
(Antonio Buckman) called me in the vent. and asked me
if they beat me up! I told Him yes! He said He
will Be my witness! then, (c/o Rowe) came to the
From of my cell and (starting faking) Telling me to
stop Beating my head against the wall. He started
saying that Because I told them I were going to
Report it. then, another c/o. ~~[crossed out]~~ /one of the c/o's
who worked at (B. wing) came to my cell and starting
saying that I Need to stop Banging the walls! which
I DIDN't. they're Lying sir. they trying to cover
Each other. I'm willing to take a polygraph test
Right Now. so you will see that I'm saying the true
100%. The Inspectors here Rnow about and they
DiDN't came to take pictures of my face and
marks!! Mr. secretary I filed grievances and
I wrote a letter Asking you For help Because my
Life is in Danger in this Facility! I would Like
you to send one Investigator from your office so
He can take Pictures and take a polygraph test on
me! I Really Need it. I got one of my eyes
Black as Night. With Blood inside! the other one
got marks too! I Asked Everybody here to call
the Inspectors But No Body want to Do it. →

Secretary
D.O.C.

Grievance! Petition? E.S.P.
(Part #E.)
(8-27-12)

From: Angel Santiago
167421.

Continues:

The Psy Doctors, (Psycology ms. P.) Know and Reported it. The colonel KNOW about it. I am in constant Fear my Life is in Danger Here siR. I Need help. I Really Fear For my Life. I Need you to send Some Body From the I. G's offices. I Don't Really tRust No Body here! I'll show you sir, how it is Im Possible Hit my whole Eye against the wall. they All KNOW I got Jumped. the only one who is willing to Help me is the colonel. Because All the white shirts here Don't Even talk to me. Just (L.T. west) and one captain. The Rest Don't want to Help me! one of the L.T.'s here said I Need to wait For a List, so the Inspectors will see. this is an Emergency and the Inspector FAiled in Not coming and Take Pictures of my Face!! Please sir I want to take a Polygraph and get someone to take Picts. Of my Face Before my maRKs Gone!!

Attached 2 coPies of some Request I sent to the mental health to get some help Because they will (C/O's) Kill me! Please help me siR!
Angel Stgo 167421

MAILED/FILED
WITH AGENCY CLERK

OCT 0 3 2012

Department of Corrections
~~Record of Inmate Grievance Appeals~~

**PART B - RESPONSE**

| SANTIAGO-GONZALEZ, ANGEL | 167421 | 12-6-31022 | FLORIDA STATE PRISON | Q2202S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received, reviewed, and evaluated.

Your allegation was reviewed by the Office of the Inspector General and the case was closed due to no evidence to support your allegation and the injury was not consistent with the allegation.

Based on the foregoing information, your appeal is denied.

C. Neel

| | 09/28/2012 |
|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

\* aPPeal of Grievance log # 12-6-28 0666 \*

Mr. T. ___

RECEIVED
___ 2012
DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From: SANTiAGO, ANGEL R.        167421        F.S.P. (Q-2202)
Last  First  Middle Initial     Number        Institution

---

Part A – Inmate Grievance

12-6-31022

I AM Filing this GRievance Because tomorrow Will Be the week # 4th that I had Been Waiting For help For the Day (3) c/o's abused me Beating me INside of the Showers!! I wrote Everybody! (Reg. Direct.) (You...) (I.G.'s Offices and Warden here But Nothing had Been Done yet. I Won't Rest until the True come to Light. I had Been asking For the Polygraph Test and ALL. Is there IN the (med. Records) that Nurse Finlay is Lying she said she saw me that she were IN Front of my cell Banging my head Against the WALLS. But when she wrote the medical Reports she never mentioned my other eye and she never mentioned Nothing At ALL About marks IN my head -OR- Forehead or Nose! But my eyes Were Bruises The Right one was Almost shut. with Blackout and Bloodshot But... No marks in my head. that make No sense At ALL. She is Lying. I Got Jumped and I Fear For my Life. I Want Help. I hope that No Body help me after these monsters kill me here! I really need your help Sir! I'm saying the True! Send somebody From the I.G. to talk to me. thanks!!

9-19-12                          Angel Stgo #167421
DATE                             SIGNATURE OF GRIEVANT AND D.C. #

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

# 1  Angel Stgo
                                Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 9/20/12     Institutional Mailing Log #: 305/2092001     K. Adams
                          (Date)                                                (Received By)

                                                                    10a (205)
DISTRIBUTION:    INSTITUTION/FACILITY          CENTRAL OFFICE              Sgt. Hall
                 INMATE (2 Copies)             INMATE                      Officer L. Jackson
                 INMATE'S FILE                 INMATE'S FILE - INSTITUTION./FACILITY   Officer Rowe
                 INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                               CENTRAL OFFICE GRIEVANCE FILE
DC1-303 (Effective 2/05)          Incorporated by Reference in Rule 33-103.019, F.A.C.