MIDDLE District OF FLORIDA
Jacksonville Division

ANGEL Santiago # 167421
v.
M. HALL. Et. al.

CASE # 3:13-CV-177-J-99 mmH-TEM

"Motion To Amend Civil Complaint"

Come Now Plaintiff Angel Santiago #167421 Before this Honorable to amend His 1983 civil complaint. For the Following Reasons:

# 1.) Plaintiff had another Inmate helping him Filling His 1983 complaint. Plaintiff were at max. security unit at Florida State prison and He Received help from one Inmate to File the complaint. Plaintiff were communicating with Him (the other Inmate) By the Ventilation air on the Back of the cells. Plaintiff English skills are not very good. and the other Inmate made some errors which errors Plaintiff want to amend.

# 2.) Plaintiff Believe that the Inmate misunderstood Plaintiff Because Plaintiff Read His 1983 complaint with His cell mate Here at R.M.C. Today (10-31-13) To understand it good, Because Plaintiff have not Read His complaint Because He trusted the other Inmate that He wrote the correct statements & Facts. But, the other Inmate made Few mistakes. Even when another spanish Inmate were helping plaintiff to translate what plaintiff were saying. Which spanish Inmate DID only Few times not at all time. the Errors are the Followings:

PROVIDED TO RECEPTION MEDICAL CENTER FOR MAILING
DATE: Nov/1/13
INMATE INITIALS: A.S.G

Page #9 - Line #13. of 1983 complaint. the other Inmate wrote that: (Sgt. M. HALL) ("punched me on Both Eyes.") that's wrong!) Because, Defendant M. Hall grabbed the plaintiff By Neck & started, Pooking His Fingers In His Face Saying that He were going to Knock out His Teeth. & started To punching plaintiff on His Face & Left Eye.

#3) (Page #9 Line #13.) of 1983 complaint. the other Inmate wrote that: (Defendant Jackson Punched plaintiff in His Face & Eye.) Defendant L. Jackson punched Plaintiff In the Head & Eye (Left Eye) (Not on Face)

#4.) Page #10 Line# 14. of 1983 complaint the other Inmate wrote that Defendant (B. Rowe) (Punched the plaintiff on His head.) ("that's wrong") Because Defendant B. Rowe Punched Him on His Face & Both Eyes with Both of His ~~~~~ Fits!!

#5) Plaintiff Decided to Read His 1983 with His cell mate which cell mate was Explaining Plaintiff what Exactly Was on the Complaint. that's How Plaintiff Discovered the Errors. Because Plaintiff Don't Read Perfect English Nor Write it perfect. Plaintiff still learning English & all the time He File any Documents to this Court He Do it with the help of another Inmate or with the Help of the law clerk which clerk only Help Him one time!

#6) is possible that the Inmate who helped Plaintiff miss-understood Some of Plaintiff words, that's why He is Asking this Court to Amend the Errors made (See above)

with this court for not Review His 1983 Early.
Plaintiff trusted the other Inmate, thats why He Never Read the 1983. Just Signed it & Sent it to this court. the FAult is upon Plaintiff Because He DiDn't Seek the Help of other Inmate to Help Him to Read & Explain it to Him.

Plaintiff have Zero Knoledge of law. & Don't understand the law. He Prays that this court grant His motion.
In good FAith: (S.) Angel Santiago #167421
Angel Santiago #167421
R.m.c. P.o. Box 628. lake Butler Fl. 32054

(CERtiFicAtE oF SeRuice)

I hereby certify that on this 31st day of october - 2013
I Filed this Foregoing Document.
I Further certify that I mailed this Foregoing Document By u.s. First class mail to:

u.s. Courthouse 300 NORth Hogan street.
Suite 9-150. Jacksonville, Florida, 32202-4271.

(S.) Angel Santiago #167421
Angel Santiago #167421
R.m.c. P.o. Box 628
Lake Butler, Fl. 32054.

(Date: 10-31-13)